IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB WINDING,

        Plaintiff,                       No. 2:09-cv-03526 FCD KJN

     vs.

ALLSTATE INSURANCE COMPANY,
and DOES 1-25, inclusive,

        Defendants.              <u>ORDER</u>

        This matter was referred to the undersigned for pretrial management because plaintiff Jacob Winding, the only plaintiff in this action, was proceeding without counsel. Plaintiff is now represented by counsel. Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the United States District Judge assigned to this action. Local Rule 302(c)(21).

        Accordingly, it is hereby ORDERED that:

        1.     This matter is referred back to the United States District Judge assigned to this action.

        2.     All dates pending before the undersigned, including the Status (Pretrial Scheduling) Conference presently set for March 18, 2010 before the undersigned, are vacated;

1

1  and

2      3. Henceforth the caption on documents filed in this action shall be

3  No. 2:09-cv-03526 FCD KJN.

4  DATED: February 25, 2010

```
                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
```