IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB WINDING,

    Plaintiff,                    No. 2:09-cv-03526 FCD KJN

    v.

ALLSTATE INSURANCE COMPANY,
and DOES 1-25, inclusive,

    Defendants.              ORDER

_____/

        On September 21, 2010, two days prior to the hearing on defendant's motion to appoint a special master, plaintiff's counsel filed a request for authorization to appear telephonically at the September 23, 2010 hearing. (Dkt. No. 25.) Given the nature of this discovery-related dispute and the allegations regarding the underlying conduct of plaintiff and his attorney that gave rise to defendant's motion, the undersigned is disinclined to grant plaintiff's counsel's request to appear telephonically. However, in light of plaintiff's counsel's declaration given under penalty of perjury, which indicates that he is scheduled to attend a conflicting mediation in San Francisco, California on September 23, 2010 (Goins Decl. ¶ 3), the undersigned will grant the request to appear telephonically. However, plaintiff's counsel will be ordered to immediately provide the undersigned's Courtroom Deputy, Ms. Casey Schultz, with a dedicated,

1

hard telephone line at which the court may contact plaintiff's counsel at the time of the hearing. In addition, plaintiff's counsel shall immediately notify Ms. Shultz if he is no longer scheduled to attend the mediation and, in such a case, shall attend the hearing in person.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's counsel's request to telephonically appear at the hearing on defendant's motion to appoint a special master, which is set for September 23, 2010, is granted.

2. <u>Plaintiff's counsel shall immediately contact Courtroom Deputy Casey Shultz, at (916) 930-4193, and provide her with a dedicated, hard telephone line at which the court may contact plaintiff's counsel at the time of the hearing</u>.

3. Plaintiff's counsel shall attend the September 23, 2010 hearing in person if he is no longer scheduled to attend the conflicting mediation in San Francisco, California. In such case, plaintiff's counsel shall immediately notify Ms. Schultz of the same.

IT IS SO ORDERED.

DATED: September 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2