IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOB WINDING,

    Plaintiff,                    No. 2:09-cv-03526 FCD KJN

    v.

ALLSTATE INSURANCE COMPANY,
and DOES 1-25, inclusive,

    Defendants.                <u>ORDER</u>

_____/

       Presently before the court is defendant's "Motion to Appoint Deposition Referee and To Compel Answers to Deposition Questions and Production of Documents."[1] (Dkt. No. 23.) (Dkt. No. 5.) Plaintiff filed a statement of non-opposition to the appointment of a discovery referee. The parties did not file a Joint Statement re Discovery Disagreement as required by Local Rule 251.

       The court heard this matter on its law and motion calendar on September 23, 2010. Attorney Dennis M. Campos appeared on behalf of defendant. Attorney Vernon C. Goins

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

II appeared via telephone on behalf of plaintiff. At the hearing, the court provided guidance to the parties regarding conducting plaintiff's deposition.

For the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

1. Pursuant to the request and stipulation of the parties, plaintiff's deposition in this matter shall take place at the court, located at 501 "I" Street, Sacramento, California, 95814, on a date and time when the court has available space and that is agreeable to the parties. The undersigned will be available to resolve any disputes that arise at the deposition.

2. The parties shall meet and confer regarding agreeable dates for the deposition and shall provide two such dates to the undersigned's Courtroom Deputy. The court shall thereafter set the date, time, and location for the deposition.

3. As stated more thoroughly at the hearing, plaintiff remains under an obligation to produce at his deposition documents that are responsive to the Amended Notice of Deposition and Request for Documents served by defendant.

IT IS SO ORDERED.

DATED: September 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE