1  VERNON C. GOINS II (SBN 195461)
   VERONICA H. GARCIA (SBN 215216)
2  GOINS & ASSOCIATES
3  A Professional Law Corporation
   1330 Broadway, Suite 1530
4  Oakland, CA 94612
   Telephone:   (510) 663-3700
5  Facsimile:    (510) 663-3710

6
   Attorneys for Plaintiff
7  JACOB WINDING

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10 JACOB WINDING,                         ) No. 2:09-CV-03526-FCD-KJN
                                          )
11              Plaintiff,                ) **ORDER GRANTING AMENDED**
                                          ) **REQUEST FOR AUTHORIZATION TO**
12                                        ) **APPEAR TELEPHONICALLY AT**
   v.                                     ) **FEBRUARY 25, 2011 HEARING**
13                                        )
   ALLSTATE INSURANCE COMPANY, and        )
14 DOES 1-25, inclusive,                  ) Date:  February 25, 2011
                                          ) Time:  10:00 a.m.
15              Defendants.               ) Judge:  Hon. Frank C. Damrell, Jr.
                                          ) Courtroom:  2
16                                        )
                                          )
17                                        )

18        TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

19        PLEASE TAKE NOTICE that Veronica H. Garcia of Goins & Associates PLC, attorneys

20 for Plaintiff Jacob Winding in the above-entitled action, hereby respectfully request the Court's

21 authorization to appear telephonically at the February 25, 2011 hearing on Defendant Allstate

22 Insurance Company's Motion to Amend Answer and File Counterclaims.  The declaration of

23 Veronica H. Garcia in support of said request is attached hereto and incorporated herein by this

24 reference.

Dated: February 14, 2011                           GOINS & ASSOCIATES
                                                    A Professional Law Corporation

                                                     /s/ Veronica H. Garcia
                                                    VERONICA H. GARCIA
                                                    Attorneys for Plaintiff
                                                    JACOB WINDING

## DECLARATION OF VERONICA H. GARCIA

I, Veronica H. Garcia, do hereby declare as follows:

1)	I am attorney of record for Plaintiff Jacob Winding in the above-entitled action. I have personal knowledge of the facts contained in this declaration, and, if necessary, I could competently testify to such facts.

2)	Currently, Defendant Allstate Insurance Company's Motion to Amend Answer and File Counterclaims is set to be heard on February 25, 2011 by Judge Frank C. Damrell, Jr. in Courtroom 2.

3)	My law office is located in Oakland, California.

4)	Due to scheduling conflicts, it will be very difficult, if not impossible, for me to personally attend this matter. Further, I believe that no prejudice will result to Defendant and that it will be most cost-effective for my client if I am authorized by this Court to telephonically appear at the February 25, 2011 hearing on Defendant's Motion to Amend Answer and File Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct and executed on this 14th day of February, in Oakland, California.

                                                    /s/ Veronica H. Garcia
                                                    VERONICA H. GARCIA

### PROPOSED ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered as follows:

The Request of Veronica H. Garcia of Goins & Associates PLC, attorneys for Plaintiff Jacob Winding in the above-entitled action, to appear telephonically at the February 25, 2011 hearing on Defendant Allstate Insurance Company's Motion to Amend Answer and File Counterclaims is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  February 14, 2011      _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE