UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacob Winding , <br><br>        Plaintiff, <br><br>    v. <br><br> Allstate, <br><br>        Defendant. | Case No. 2:09-cv-03526 KJM KJN (PS) <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Jacob Winding, AWARDING Allstate $15,704.85 as reimbursement of the funds previously paid pursuant to the Policy.

Date: March 27, 2015                                    MARIANNE MATHERLY, CLERK

                                                                          By: /s/  G. Michel
                                                                          Deputy Clerk